[No. 40957-3-I.    Division One.    June 14, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. BAKRI H. AWIIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-06387-4, Norma Smith Huggins, J., entered July 7, 1997. *Affirmed in part* and *reversed in part* by unpublished opinion per Kennedy, C.J., concurred in by Webster and Agid, JJ.

[No. 41283-3-I.    Division One.    June 14, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY LOWE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-06360-2, Brian D. Gain, J., entered August 25, 1996. *Affirmed* by unpublished opinion per Becker, J., concurred in by Agid, A.C.J., and Appelwick, J.

[No. 41576-0-I.    Division One.    June 14, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. RICARDO CALVIN PEREZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-01953-9, Michael S. Spearman, J., entered October 27, 1997. *Dismissed* by unpublished per curiam opinion.